FRANK W. WHEELER, *Respondent, v.* THE CITY OF POUGHKEEPSIE, *Appellant.*—Judgment reversed, and new trial granted, costs to abide event. Order of reference vacated. Opinions by BARNARD, P. J., and DYKMAN, J.

SUSAN M. MURRAY, and ANNIE M. ENRIGHT, *as Executrices, etc., of* MICHAEL MURRAY, *Deceased, Appellants, v.* PHEBE MARSHALL, *Respondent.*—Judgment reversed, and new trial granted, costs to abide event. Opinion by GILBERT, J.

GERTRUDE M. FELLER, and another, *administrators, etc., Respondents, v.* ANDREW L. MARTIN, *Appellant.*—Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

IN THE MATTER OF THE PETITION OF JOSEPH N. H. WALBRIDGE, *Appellant,* FOR THE CUSTODY AND CARE OF MARGUERITE WALBRIDGE, *v.* FLORENCE S. WALBRIDGE, *Respondent.*—Order reversed, with costs and disbursements. Opinion by BARNARD, P. J.

LUTHER E. MANSFIELD, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by DYKMAN, J.

NATHANIEL DOMINY, and others, *Respondents, v.* JOHN P. TERRY, and others, *Appellants.*—Judgment affirmed, with costs. Opinion by GILBERT, J.

JAMES C. CORNELL, *Appellant, v.* MARY P. CORNELL and WILLIAM W. GOODRICH, *Respondents.*—Judgment reversed, and new trial granted at circuit, costs to abide event. Order of reference vacated. Opinion by BARNARD, P. J.

RICHARD W. CUNNINGHAM, *Appellant, v.* RICHARD M. CUNNINGHAM, *Respondent.*—Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, *Plaintiff, v.* EMMA L. BOSTWICK and JOSEPHINE B. BOSTWICK, *Appellants,* and JOHN DONOVAN, *Respondent.*—Parts of judgment appealed from affirmed, with costs against defendants Bostwick. Opinion by GILBERT, J.; DYKMAN, J., dissenting.

WASHINGTON L. BAKER, *Respondent, v.* CLARA V. W. BURRIS, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

JAMES I. HEALEY and JACOB F. HEALEY, *Appellants, v.* PATRICK SHERIDAN, *Respondent.*— Order of County Court setting aside verdict affirmed, with costs. Opinion by BARNARD, P. J.

CATHARINE MARZ, *Respondent, v.* GEORGE W. TERWILLIGER, *Appellant.*— Judgment modified by deducting thirty-five dollars from the damages and otherwise affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

REBECCA QUELL and HENRY QUELL, *Plaintiffs, v.* FREDERICK CROMWELL, *Defendant* — Judgment for plaintiffs upon submitted case, without costs. Opinion by GILBERT, J.